IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Daisy L. Edwards, | ) | C.A. No. 6:07-474-HMH |
|           Plaintiff, | )<br>)<br>) | **OPINION AND ORDER** |
| vs. | )<br>) | |
| Carol Randgaard Findley and<br>Overnite Transportation Company, | )<br>)<br>) | |
|           Defendants. | ) | |

     Defendant Overnite Transportation Company is ordered to inform the court of its state of incorporation for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. <u>See</u> 28 U.S.C. § 1332. The Defendant is ordered to respond within ten (10) days of the date of this order.

     **IT IS SO ORDERED.**

                                                 s/Henry M. Herlong, Jr.
                                                 United States District Judge

Greenville, South Carolina
February 20, 2007